IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAINE J. WILLE,

    Plaintiff,                                             JUDGMENT IN A CIVIL CASE

v.                                                                  13-cv-812-wmc

JEFF HENRY, TERRY SPROTSY,
KURT WALLIN, KYLE TEYNOR and
PRAIRIE du CHIEN POLICE DEPT.,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case without prejudice as legally frivolous.

| /s/ | 12/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |